54 A.3d 332

In re REGLAN/METOCLOPRAMIDE LITIGATION.

Petition of Teva Pharmaceuticals USA, Inc. et al.

No. 51 EM 2012.

Supreme Court of Pennsylvania.

Aug. 22, 2012.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of August, 2012, the Petition for Permission to Appeal is DENIED.